

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 2 5 2013

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 3:13CR30002-001 |
| | ) | |
| COLUMBUS LYNN WHITE | ) | |

## PRELIMINARY ORDER OF FORFEITURE

On January 16, 2013, a Grand Jury sitting in the Western District of Arkansas returned an Indictment against the Defendant, charging him with one count of having been previously convicted of a crime punishable by imprisonment exceeding one year, knowingly possessed a firearm, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and a forfeiture allegation.

In the forfeiture allegation of the Indictment, the United States seeks forfeiture, pursuant to Title 18 U.S.C. § 924(d) and Title 18 U.S.C. § 3665, of one D.G.F.M. – "F.M.A.P.", model 1927, 11.25 mm pistol, serial number 50742, as well as the ammunition seized at the time of the offense, as property involved in, or used to facilitate the offense.

On March 25, 2013, the Defendant pled guilty to the Indictment. Pursuant to a plea agreement entered into by the parties, the Defendant agrees to forfeit all rights, title and interest to the firearm and ammunition listed in the Indictment. The Defendant acknowledges that all property covered by the plea agreement is subject to forfeiture as property facilitating illegal conduct, or property involved in illegal conduct giving rise to forfeiture.

Pursuant to the Plea Agreement, the Defendant consents to the immediate entry of a Preliminary Order of Forfeiture upon entry of the guilty plea. The Defendant further agrees that

upon entry of the Preliminary Order of Forfeiture, such order will be considered final as to defendant's interests in the firearm and ammunition. The Defendant agrees to execute any and all documents requested by the United States to facilitate or complete the forfeiture process. The Defendant further agrees not to contest or to assist any other person or entity in contesting the forfeiture of the property seized in connection with this case.

Pursuant to the Plea Agreement, the Defendant agrees to consent to the entry of orders of forfeiture for such property and waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment. The Defendant acknowledges that he understands that the forfeiture of assets is part of the sentence that may be imposed in this case and waives any failure by the Court to advise him of this, pursuant to Rule 11(b)(1)(J), at the time his guilty plea is accepted.

Pursuant to the Plea Agreement, the Defendant further agrees to waive all constitutional and statutory challenges in any manner (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with the plea agreement on any grounds, including that the forfeiture constitutes an excessive fine or punishment. The Defendant agrees to take all steps as requested by the United States to pass clear title to forfeitable assets to the United States, and to testify truthfully in any judicial forfeiture proceeding. The Defendant also agrees that the forfeiture provisions of the plea agreement are intended to, and will, survive him, notwithstanding the abatement of any underlying criminal conviction after the execution of this agreement.

Accordingly, it is hereby ORDERED, DECREED AND ADJUDGED:

1. That based upon the guilty plea of the Defendant, the following assets shall be forfeited to the United States:

   a. One D.G.F.M. – "F.M.A.P.", model 1927, 11.25 mm caliber pistol, serial number 50742; and

   b. Ammunition seized at the time of said offense.

as property facilitating illegal conduct, or property involved in illegal conduct giving rise to forfeiture.

2. Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

3. The United States shall publish notice of this order pursuant to Fed. R. Crim. P. 32.2(b)(6).

4. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(c), in which all interests will be addressed.

IT IS SO ORDERED this 25th day of March, 2013.

/s/ P.K. Holmes
HONORABLE P.K. HOLMES III
CHIEF UNITED STATES DISTRICT JUDGE

Reviewed and consented to by:

Columbuslynn White
Columbus Lynn White, Defendant

Bruce D. Eddy
Bruce Eddy, Counsel for Defendant

David R. Ferguson
David R. Ferguson, Assistant U.S. Attorney