IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 0 2 2013

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

UNITED STATES OF AMERICA

v.                                      Criminal No. 3:13CR30002-001

COLUMBUS LYNN WHITE

### FINAL ORDER OF FORFEITURE

On March 25, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 22). In the Preliminary Order of Forfeiture, one D.G.F.M. – "F.M.A.P.", model 1927, 11.25 mm pistol, serial number 50742 as well as ammunition seized at the time of offense were forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On April 30, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on March 25, 2013, shall become final at this time.

IT IS SO ORDERED this 2nd day of July, 2013.

P.K. Holmes III

HONORABLE P.K. HOLMES III
CHIEF U.S. DISTRICT JUDGE